+LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELIZARDO RODRIGUEZ GALAVIZ, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> KILOLO KIJAKAZI, Acting ) <br> Commissioner of Social Security, ) <br> ) <br>    Defendant. ) | No. 22-04192 E <br><br> <u>ORDER AWARDING EAJA FEES</u> |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 2/10/2023          /s/ Charles F. Eick
                                      HON. CHARLES F. EICK
                                      UNITED STATES MAGISTRATE JUDGE