LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 280413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FELIZARDO RODRIGUEZ GALAVIZ, ) | No. 22-04192 E |
|     Plaintiff, ) | [PROPOSED] ORDER AWARDING EAJA FEES |
|     v. ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000), and costs in the amount of ZERO ($0.00), subject to the terms of the stipulation.

DATE: 3/3/23        /S/ CHARLES F. EICK

                           HON. CHARLES F. EICK
                           UNITED STATES MAGISTRATE JUDGE